**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
District of Colorado

Case number (*If known*): _____  Chapter 7____

☐ Check if this is an amended filing

Official Form 105

# Involuntary Petition Against an Individual

12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☑ Chapter 7
☐ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's full name**

Kashif
First name

_____
Middle name

Shan
Last name

_____
Suffix (Sr., Jr., II, III)

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed, married, maiden, or trade names, or *doing business as* names.

**4. Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

☑ Unknown

xxx – xx – ____ ____ ____ ____     OR     9 xx – xx – ____ ____ ____ ____

**5. Any Employer Identification Numbers (EINs) used in the last 8 years**

☑ Unknown

__ __ – __ __ __ __ __ __ __
EIN

__ __ – __ __ __ __ __ __ __
EIN

Debtor    Kashif Shan_____    Case number (*if known*)_____

| 6. | Debtor's address | **Principal residence** | | | **Mailing address, if different from residence** | | |
|---|---|---|---|---|---|---|---|
| | | 3 Pine Road | | | | | |
| | | Number  Street | | | Number  Street | | |
| | | _____ | | | _____ | | |
| | | Colorado Springs | CO | 80906 | | | |
| | | City | State | ZIP Code | City | State | ZIP Code |
| | | El Paso | | | | | |
| | | County | | | | | |
| | | **Principal place of business** | | | | | |
| | | Unknown | | | | | |
| | | Number  Street | | | | | |
| | | _____ | | | | | |
| | | City | State | ZIP Code | | | |
| | | _____ | | | | | |
| | | County | | | | | |

| 7. | Type of business | ☐ Debtor does not operate a business |
|---|---|---|
| | | *Check one if the debtor operates a business:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☒ None of the above |

| 8. | Type of debt | **Each petitioner believes:** |
|---|---|---|
| | | ☐ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." |
| | | ☒ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment. |

| 9. | Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor? | ☒ No |
|---|---|---|
| | | ☐ Yes. Debtor _____  Relationship _____ |
| | | District _____ Date filed _____  Case number, if known _____ |
| | | MM / DD / YYYY |
| | | Debtor _____  Relationship _____ |
| | | District _____ Date filed _____  Case number, if known _____ |
| | | MM / DD / YYYY |

Official Form 105    Involuntary Petition Against an Individual    page **2**

Debtor   Kashif Shan_____     Case number (*if known*)_____

| Part 3: | Report About the Case |
|---|---|

**10. Venue**

Reason for filing in this court.

*Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:

☑ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Jeff Montalbano | Judgment | $ 230,000.00 |
| Dale Takio | Judgment | $ 550,000.00 |
| Taktik Enterprises, Inc. | Judgment (jointly with Takio) | $ 550,000.00 |
| | Total | $ 780,000.00 |

**If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.**

Debtor: Kashif Shan   Case number (if known): _____

## Part 4: Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

X _[signature]_
Signature of petitioner or representative, including representative's title

Printed name of petitioner: Jeff Montalbano

Date signed: __ / __ / ____

Mailing address of petitioner:
Number Street: _____
City / State / ZIP Code: _____

If petitioner is an individual and is not represented by an attorney:
Contact phone: _____
Email: _____

Name and mailing address of petitioner's representative, if any
Name: _____
Number Street: _____
City / State / ZIP Code: _____

**Attorneys**

X _[signature]_
Signature of attorney

Printed name: David Olsky
Firm name, if any: Fortis Law Partners, LLC
Number Street: 1900 Wazee Street, Suite 300
City: Denver   State: CO   ZIP Code: 80202

Date signed: 10/05/2023

Contact phone: (303)565-8077   Email: dolsky@fortislawpartners.

Debtor   Kashif Shan_____   Case number (*if known*)_____

**✗** _[signature]_____
Signature of petitioner or representative, including representative's title

Dale Takio_____
Printed name of petitioner

Date signed   10/05/2023____
              MM  /  DD  /  YYYY

**Mailing address of petitioner**

11222 Oakshore Lane_____
Number    Street

Clermont_____ Florida_____ 34711____
City                State              ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City        State ZIP Code


**✗** _[signature]_____
Signature of Attorney

David Olsky_____
Printed name

Fortis Law Partners, LLC_____
Firm name, if any

1900 Wazee Street, Suite 300_____
Number    Street

Denver_____ CO_____ 80202_____
City                  State        ZIP Code

Date signed   10/05/2023____
              MM  /  DD  /  YYYY

Contact phone (303)565-8077_____   Email dolsky@fortislawpartners.c


**✗** _[signature]_____
Signature of petitioner or representative, including representative's title

Taktik Enterprises, Inc._____
Printed name of petitioner

Date signed   10/05/2023____
              MM  /  DD  /  YYYY

**Mailing address of petitioner**

11222 Oakshore Lane_____
Number    Street

Clermont_____ Florida_____ 34711____
City                State              ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City              State            ZIP Code


**✗** _[signature]_____
Signature of Attorney

David Olsky_____
Printed name

Fortis Law Partners, LLC_____
Firm name, if any

1900 Wazee Street, Suite 300_____
Number    Street

Denver_____ CO_____ 80202_____
City                  State        ZIP Code

Date signed   10/05/2023____
              MM  /  DD  /  YYYY

Contact phone (303)565-8077_____   Email dolsky@fortislawpartners.c