(COB 245 vo2004Exam)(02/11)

# IN THE UNITED STATES BANKRUPTCY COURT
## District of Colorado,
HONORABLE Michael E. Romero

In re:

    Kashif Shan

Debtor(s)

Case No.: 23–14552–MER
Chapter: 7

## ORDER GRANTING MOTION FOR 2004 EXAMINATION

On October 31, 2024, Trustee Robertson B. Cohen ("Movant") filed a motion for examination under Rule 2004 ("Motion"). This court, having considered the Motion, hereby

ORDERS that the Movant is authorized to conduct an examination of MSS Store 1, LLC pursuant to Fed.R.Bankr.P 2004 and L.B.R. 2004–1; and

FURTHER ORDERS that Movant may compel the attendance of witness(es) identified in the motion and production of documents in the manner prescribed by Fed.R.BankrP. 2004(c) and 9016.

Dated: 11/5/24

BY THE COURT:
s/ Michael E. Romero
Chief United States Bankruptcy Judge